IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL A PEARSON,

    Plaintiff,

v.                                      CASE NO. 5:15-cv-00205-MP-GRJ

OFFICER J SIMS,

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 1, 2015. (Doc. 11). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections in the form of "factual allegations" on Doc. 14. Construing Plaintiff's filing as objections, I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation, Doc. 11, is adopted and incorporated by reference in this order.

2.    This case is DISMISSED for failure to state a claim upon which relief may be granted.

3.  The clerk is directed to close the file.

**DONE AND ORDERED** this  2nd  day of February, 2016

                         *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge